| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>WERLEIN, JR., EWING | 2. Court or Organization<br><br>USDC/SO. DIST. TEXAS | 3. Date of Report<br><br>7/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE ACTIVE STATUS | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>515 RUSK AVENUE, ROOM 9136<br><br>HOUSTON, TX 77002-2605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust No. 1 |
| 2. Trustee | Trust No. 2 |
| 3. Trustee | Asbury Theological Seminary |
| 4. Director & Vice Chairperson | The Methodist Hospital, Houston, Texas |
| 5. Director | TMH Health Care Group |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Petroleum Club, Houston | Monthly dues exemption for members in government service. | $996 |
| 2. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Baker Hughes com. | A | Dividend | K | T | | | | | |
| 2. CLECO Corp. com. | A | Dividend | J | T | | | | | |
| 3. E. I. DuPont com. | B | Dividend | K | T | | | | | |
| 4. Union Pacific com. | A | Dividend | K | T | | | | | |
| 5. Household Internatl com. | A | Dividend | | | Merger | 06/19 | K | | exch for HSBC Holdings |
| 6. Halliburton com. | A | Dividend | J | T | | | | | |
| 7. Halliburton com. | A | Dividend | J | T | | | | | |
| 8. BP PLC, ADR | B | Dividend | L | T | | | | | |
| 9. Exxon Mobil com. | B | Dividend | M | T | | | | | |
| 10. Anadarko Petroleum Corp. com. | A | Dividend | J | T | | | | | |
| 11. Wal-Mart Stores com. | A | Dividend | L | T | | | | | |
| 12. Exxon-Mobil com. | A | Dividend | J | T | | | | | |
| 13. Intel Corp. com. | A | Dividend | K | T | | | | | |
| 14. Texas Capital Bankshares, Preferred | C | Dividend | | | Exchange | 08/18 | L | E | Convert to com. Shares |
| 15. Johnson & Johnson, com. | A | Div. | L | T | | | | | |
| 16. Conoco Phillips, com. | A | Dividend | K | T | | | | | |
| 17. HSBC Holdings PLC SPONS ADR | A | Dividend | | | Merger | 06/19 | K | | rec'd in exch for Hshld Int'l |
| 18. | | | | | Gift | 10/02 | J | | Gift to Church #1 |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | Gift | 10/02 | J | | Gift to Church #2 |
| 20. Texas Capital Bankshares, com. | | None | L | T | Exchange | 08/18 | L | | rec'd in exch for pref shrs |
| 21. MUTUAL FUNDS: | | | | | | | | | |
| 22. Fidelity Spartan MM Fund | A | Dividend | K | T | | | | | |
| 23. Merrill L. Sr. Floating Rate Fund | A | Dividend | J | T | | | | | |
| 24. Dreyfus Basic Money Mkt Fd | A | Dividend | K | T | | | | | |
| 25. Fidelity Low Price Stk. | B | Dividend | N | T | | | | | |
| 26. Fidelity Contrafund | A | Dividend | M | T | | | | | |
| 27. Fidelity Eq. Income II | B | Dividend | L | T | | | | | |
| 28. Fidelity Mid-Cap Stock | B | Dividend | M | T | | | | | |
| 29. Fidelity Spartan MM Fund | A | Dividend | L | T | | | | | |
| 30. Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 31. Vanguard 500 Index Fund | B | Dividend | M | T | add'l buy | 10/23 | L | | |
| 32. Bank of America Securities MM | B | Dividend | | | Redeemed | 09/15 | M | | |
| 33. BONDS & U.S. TREASURY NOTES: | | | | | | | | | |
| 34. Hays, TX Cons. School Bds | B | Interest | | | Redeemed | 07/01 | K | | |
| 35. Travis County Bonds | A | Interest | | | Redeemed | 03/03 | K | A | |
| 36. Brazoria County Bonds | B | Interest | | | Redeemed | 09/02 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Austin TX. Hotel Bonds | B | Interest | K | T | | | | | |
| 38. Grand Prairie Wtr Bonds | A | Interest | | | Redeemed | 04/17 | K | | |
| 39. Detroit, MI City Sch bonds | A | Interest | K | T | | | | | |
| 40. Dallas, TX Ind. Sch. bonds | B | Interest | K | T | | | | | |
| 41. Frisco, TX AMBAC bonds | B | Interest | K | T | | | | | |
| 42. ACCOUNTS IN FINANCIAL INST: | | | | | | | | | |
| 43. Merrill Lynch Savings Acct | A | Interest | L | T | | | | | |
| 44. Northern Trust Bank, Houston, checking acct | B | Interest | M | T | | | | | |
| 45. Bank of America, Houston, TX (Accounts) | A | Interest | M | T | | | | | |
| 46. Texas State Bank, Houston, CD | D | Interest | L | T | | | | | |
| 47. Northern Trust Bank, Houston, CD | A | Interest | K | T | | | | | |
| 48. Key Bank, Albany, NY, CD | B | Interest | K | T | | | | | |
| 49. Northern Trust Bank, Houston, CD | D | Interest | L | T | | | | | |
| 50. Provident Bank, Cincinnati, CD | D | Interest | L | T | | | | | |
| 51. Beal Bank, Houston, CD | C | Interest | L | T | | | | | |
| 52. Republic Bank, Houston, CD | C | Interest | L | T | | | | | |
| 53. Southwest Bank of Texas, Houston, CD | C | Interest | L | T | | | | | |
| 54. Encore Bank, Houston, CD | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Compass Bank, Houston, CD | C | Interest | L | T | | | | | |
| 56. Capital One Bank, Glen Allen, VA, CD | B | Interest | L | T | Buy | 08/07 | L | | |
| 57. Encore Bank, Houston, CD | B | Interest | M | T | Buy | 08/04 | M | | |
| 58. REAL ESTATE: | | | | | | | | | |
| 59. Condo-Larimer Co., CO | D | Rent | M | W | | | | | |
| 60. Residential vacant lot, Larimer Co., CO | | None | | | Sell | 07/30 | N | G | Lilalee Henry |
| 61. Fractional interest in land, SA White Survey, Galv. Co., TX | A | Rent | J | W | . | | | | |
| 62. RETIREMENT & IRA ACCOUNTS: | | | | | | | | | |
| 63. IRA Account: Marsico Inv. Fund | | None | L | T | | | | | |
| 64. IRA Account: Janus 20 Fund | A | Dividend | K | T | | | | | |
| 65. IRA ROLLOVER ACCOUNT: All entries that follow from Lines 69 | E | Dividend & | P1 | T | | | | | |
| 66. through 108 are under the discretionary management of a | | Interest | | | | | | | |
| 67. registered investment manager. I have made no withdrawals | | | | | | | | | |
| 68. from this IRA: | | | | | | | | | |
| 69. --Abbott Labs, com. | | | | | | | | | |
| 70. --Anheuser Busch Cos., com. | | | | | | | | | |
| 71. --J.P. Morgan Chase, com. | | | | | | | | | |
| 72. --ChevronTexaco Corp., com. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. --Citigroup Inc., com. | | | | | | | | | |
| 74. --Coca Cola Co., com. | | | | | | | | | |
| 75. --Emerson Electric Co., com. | | | | | | | | | |
| 76. --Fannie Mae USA, com. | | | | | | | | | |
| 77. --General Electric, com. | | | | | | | | | |
| 78. --Intel Corp., com. | | | | | | | | | |
| 79. --Johnson & Johnson, com. | | | | | | | | | |
| 80. --Merck & Co., Inc., com. | | | | | | | | | |
| 81. --News Corp., Ltd. ADS | | | | | | | | | |
| 82. --News Corp Ltd Vot. Pref ADS | | | | | | | | | |
| 83. --Nestle S A Rep RG SH ADR | | | | | | | | | |
| 84. --Norfolk Southern Corp., com. | | | | | | | | | |
| 85. --Pepsico Inc., com. | | | | | | | | | |
| 86. --Pfizer Inc., com. | | | | | | | | | |
| 87. --Philip Morris Cos., com. | | | | | | Merger | 01/28 | L | exchanged for Altria |
| 88. --Procter Gamble Corp., com. | | | | | | | | | |
| 89. --Royal Dutch Pete NY Registry Shares | | | | | | | | | |
| 90. --SunTrust Banks, Inc., com. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. --Wal-Mart Stores, Inc., com. | | | | | | | | | |
| 92. --Walgreen Co., com. | | | | | | | | | |
| 93. --Bell South, com. | | | | | | | | | |
| 94. --Microsoft Corp., com. | | | | | | | | | |
| 95. --SBC Communications, com. | | | | | | | | | |
| 96. --Honeywell Intl., com. | | | | | | | | | |
| 97. --American Express Co., com. | | | | | | | | | |
| 98. --BP PLC, ADR | | | | | | | | | |
| 99. --Exxon Mobil Corp., com. | | | | | | | | | |
| 100. --Intl. Business Machines, com. | | | | | | | | | |
| 101. --McGraw Hill Co., com. | | | | | | | | | |
| 102. --United Parcel Svc., com. | | | | | | | | | |
| 103. --American Internatl Group, Inc., com. | | | | | | | | | |
| 104. --Wyeth, com. | | | | | | | | | |
| 105. --Freddie Mac, com. | | | | | | | | | |
| 106. --Marsh & McLennan Cos., com. | | | | | | | | | |
| 107. --Altria Group, com. | | | | | | Merger | 01/28 | L | | Rec'd in exch. for Phil. Morris |
| 108. --Medco Health | | | | | | Dividend | 08/25 | J | | Spun off from Merck |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. TRUST NO. 2: (I own no beneficial interest in and receive | B | Dividend | M | T | | | | | |
| 110. no income from this Trust, which owns mutual funds, but it | | | | | | | | | |
| 111. is reportable because I am its Trustee). | | | | | | | | | |
| 112. --Fidelity Spartan MM Fund | | | | | | | | | |
| 113. --Fidelity Low Price St. Fund | | | | | | | | | |
| 114. TRUST NO. 1: (I own no beneficial interest in and receive | E | Div. & Int. | P1 | T | | | | | |
| 115. no income from this Trust or the entries that follow from | | | | | | | | | |
| 116. lines 119 through 166, but it is reportable because I | | | | | | | | | |
| 117. am one of three co-trustees). | | | | | | | | | |
| 118. --COMMON STOCKS IN TRUST NO. 1: | | | | | | | | | |
| 119. --AT&T, com. | | | | | | | | | |
| 120. --Bristol-Myers Squibb, com. | | | | | | | | | |
| 121. --Burlington Northern Santa Fe, com. | | | | | | | | | |
| 122. --Burlington Resources, com. | | | | | | | | | |
| 123. --Target Corp., com. | | | | | | | | | |
| 124. --Dean Foods Co, com. | | | | | | | | | |
| 125. --Goodyear, com. | | | | | | | | | |
| 126. --Intel Corp., com. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WERLEIN, JR., EWING | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. --IBM, com. | | | | | | | | | |
| 128. --Johnson & Johnson, com. | | | | | | | | | |
| 129. --Lucent Tech., Inc., com. | | | | | | | | | |
| 130. --J.P. Morgan Chase, com. | | | | | | | | | |
| 131. --SBC Communications Inc, com. | | | | | | | | | |
| 132. --Halliburton Co., com. | | | | | | | | | |
| 133. --Eastman Kodak Co., com. | | | | | | | | | |
| 134. --Exxon Mobil, com. | | | | | | | | | |
| 135. --Avaya Inc., com. | | | | | | | | | |
| 136. --AT&T Wireless Services, Inc., com. | | | | | | | | | |
| 137. --Cisco Systems, com. | | | | | | | | | |
| 138. --Sanmina SCI Corp., com. | | | | | | | | | |
| 139. --Pepsico, Inc., com. | | | | | | | | | |
| 140. --Zimmer Holdings, Inc., com. | | | | | | | | | |
| 141. --Agere Systems, com. Class A | | | | | | | | | |
| 142. --Agere Systems, com. Class B | | | | | | | | | |
| 143. --Hewlett Packard, com. | | | | | | | | | |
| 144. --Comcast Corp. Class A | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. --MUTUAL FUNDS-TAX EXEMPT, IN TRUST NO. 1: | | | | | | | | | |
| 146. --Nuveen Muni Mkt Oppor. Fund | | | | | | | | | |
| 147. --MORTGAGE & ASSET BACKED SECURITIES IN TRUST NO. 1: | | | | | | | | | |
| 148. --Ginnie Mae Series 2002-70 | | | | | | | | | |
| 149. --MUNICIPAL BONDS IN TRUST NO. 1: | | | | | | | | | |
| 150. --Chicago Ill. Project Sr. | | | | | | | | | |
| 151. --Killeen Texas Waterworks | | | | | | | | | |
| 152. --North Austin Tx. Mun. Util. | | | | | Redeemed | 11/17 | J | A | |
| 153. --Texas State Housing Asst. | | | | | Redeemed | 12/01 | J | A | |
| 154. --Halifax Hosp. Med. Ctr. Fla. | | | | | | | | | |
| 155. --Lower Colo. Riv. Auth. Tex. | | | | | | | | | |
| 156. --Montgomery Co. Pa. Hghr. Ed. | | | | | | | | | |
| 157. --Illinois Dev. Fin. Auth. | | | | | | | | | |
| 158. --Texas St. Dept. HSG & CMTY Affairs | | | | | | | | | |
| 159. --Florida HSG FIN Corp. Rev. | | | | | | | | | |
| 160. --Meriden Com. G10 Bonds | | | | | | | | | |
| 161. --Mission TX Cons. Indpt. Sch. Dist. | | | | | | | | | |
| 162. --CASH & CASH EQUIVALENTS IN TRUST NO. 1: | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 10 of 12

Name of Person Reporting

WERLEIN, JR., EWING

Date of Report

7/12/2004

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. --Citibank NA Bank Dep. Program | | | | | | | | | |
| 164. --REAL ESTATE IN TRUST NO. 1: | | | | | | | | | |
| 165. --Fract. interest in land, S.A. White Survey, Galv. Co., TX | | | | | | | | | |
| 166. --Vacant land in Kerr Co., TX | | | | | | | | | |
| 167. IRA ROLLOVER ACCT. NO. 2. All entries that follow from | F | Dividend and | P1 | T | | | | | |
| 168. lines 171 thru 215 are under the full discretionary | | Interest | | | | | | | |
| 169. management of a registered investment manager. I have made | | | | | | | | | |
| 170. no withdrawals from this IRA: | | | | | | | | | |
| 171. --Fed. Home Ln Mtg Corp Notes | | | | | | | | | |
| 172. --Federal Home Ln Mtg Corp Notes | | | | | | | | | |
| 173. --Federal Home Ln Mtge Crp Notes | | | | | | | | | |
| 174. --Federal Natl Mtg Assoc Sub Notes | | | | | | | | | |
| 175. --General Motors Accept CP Global Bonds | | | | | | | | | |
| 176. --Chase Manhattan Corp. Subordinate Notes | | | | | | | | | |
| 177. --Goldman Sachs Group SR Unsub Notes Global | | | | | | | | | |
| 178. --Citigroup Inc. Senior Notes | | | | | | | | | |
| 179. --Target Corp. Notes | | | | | | | | | |
| 180. --AOL, com. | | | | | Merger | 10/16 | K | | exchanged for Time Warner |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. --American Express, com. | | | | | | | | | |
| 182. --BP PLC, ADR | | | | | | | | | |
| 183. --Bell South, com. | | | | | | | | | |
| 184. --Citigroup, com. | | | | | | | | | |
| 185. --ChevronTexaco, com. | | | | | | | | | |
| 186. --KO, com. | | | | | | | | | |
| 187. --Exxon Mobil, com. | | | | | | | | | |
| 188. --Freddie Mac, com. | | | | | | | | | |
| 189. --Fannie Mae, com. | | | | | | | | | |
| 190. --GE, com. | | | | | | | | | |
| 191. --INTC, com. | | | | | | | | | |
| 192. --IBM, com. | | | | | | | | | |
| 193. --J.P. Morgan Chase, com. | | | | | | | | | |
| 194. --JNJ, com. | | | | | | | | | |
| 195. --LLY, com. | | | | | | | | | |
| 196. --Marsh & McLennan, com. | | | | | | | | | |
| 197. --Merck, com. | | | | | | | | | |
| 198. --PEP, com. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 12 of 12

Name of Person Reporting
WERLEIN, JR., EWING

Date of Report
7/12/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 199. --Pfizer, com. | | | | | | | | | |
| 200. --MO, com. | | | | | Merger | 01/28 | M | | exchanged for Altria |
| 201. --SBC, com. | | | | | | | | | |
| 202. --UPS, com. | | | | | | | | | |
| 203. --WMT, com. | | | | | | | | | |
| 204. --Walgreen, com. | | | | | | | | | |
| 205. --General Electric Cap. Corp. Notes | | | | | | | | | |
| 206. --American Intl. Group, com. | | | | | | | | | |
| 207. --McGraw-Hill, Inc., com. | | | | | | | | | |
| 208. --Microsoft Corp., com. | | | | | | | | | |
| 209. --Altria Group, com. | | | | | Merger | 01/28 | M | | rec'd in exch. For Phil. Morris |
| 210. --Medco Health, com. | | | | | Dividend | 08/25 | J | | Spun off from Merck |
| 211. --Time Warner, com. | | | | | Merger | 10/16 | K | | rec'd in exch. for AOL |
| 212. CASH ACCOUNTS IN IRA ROLLOVER ACCT. #2: | | | | | | | | | |
| 213. --ML Bank & Trust RASP | | | | | | | | | |
| 214. --ML Bank USA RASP | | | | | | | | | |
| 215. Vanguard 500 Index Fund Rollover Shares | D | Dividend | O | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,000-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WERLEIN, JR., EWING | 7/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _July 12, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544